UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 03 80146 CR-MARRA

IN RE:

FEDERAL GRAND JURY 02-02 (WPB)
NO. 02-121

**MAGISTRATE JUDGE SELTZER**

_____/

## MOTION TO SEAL

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby requests this Honorable Court to seal this Motion, the Indictment with all related documents, the Order to Seal Indictment, the Court's Sealing Cover Sheet, and the Warrant for Arrest with the exception of a copy of the Warrant for Arrest to be provided to the U.S. Marshals Service and the law enforcement agent whose name is noted on the arrest warrant, relative to the above captioned matter until such time as the defendant is arrested or further order of the Court.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 407501
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777

