CR 12 (Rev. 9/82)                     **WARRANT FOR ARREST**    AU    Webber/FBI-Meurrer (WPB)

# United States District Court

| | |
|---|---|
| | DISTRICT  Southern District of Florida |

| | |
|---|---|
| UNITED STATES OF AMERICA **03**<br>v.<br><br>CHARLES J. KERNS, SR., a/k/a Joe Kerns | DOCKET NO **80146**  MAGISTRATE CASE NO. **CR-MARRA** |

NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED

CHARLES J. KERNS, SR. a/k/a Joe Kerns
234 OLEANDER AVENUE
PALM BEACH, FL 33480

DOB: 10-28-40
W/M

**WARRANT ISSUED ON THE BASIS OF:**

☒ Indictment  ☐ Information  ☐ Order of Court  ☐ Complaint

**TO:**
United States Marshals Service or any other authorized representative

DISTRICT OF ARREST

CITY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

Count 1: Conspiracy to commit securities fraud and wire fraud;
Counts 2-8: Securities Fraud;
Counts 9-16: Wire Fraud.

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>18<br>15 | SECTION<br>371, 1343 and 2<br>78j(b) and 78ff(a); |
|---|---|---|

| BAIL FIXED BY COURT  none | OTHER CONDITIONS OF RELEASE |
|---|---|

| ORDERED BY<br>ANN E. VITUNAC, CHIEF<br>UNITED STATES MAGISTRATE JUDGE | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>31 Oct 03 |
|---|---|---|
| CLERK OF COURT<br>CLARENCE MADDOX | (BY) DEPUTY CLERK | DATE ISSUED<br>10-31-03 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

¹United States Judge or Judge of a State Court of Record

# BOND RECOMMENDATION

CHARLES J. KERNS, SR., a/k/a Joe Kerns
Defendant

PRETRIAL DETENTION is recommended as to defendant.

EMALYN H. WEBBER
ASSISTANT UNITED STATES ATTORNEY